# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

MICHAEL CORKER,

      Plaintiff,

v.                                         Case No. 4:19cv363-MW/MJF

JUDGE FRANCIS ALLMAN,
et al.,

      Defendants.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 7. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.

Plaintiff claims that he disclosed the prior cases as required but his mail was tampered with by jail officials. In support of his claim he attaches portions of what he claims is the correct pleading which was diverted to Pensacola. The problem with Plaintiff's assertion is that the Amended Complaint at issue was mailed to Tallahassee, not Pensacola, included a reference to prior state court action involving Judge Hobbs, not Judge Dempsey, and is clearly not the same document he claims

1

was "altered by jail officials" but a completely different document. It bears noting that every document in this case was mailed to, received by, and filed in the Tallahassee Division, as reflected in the envelope attached to each pleading as well as the Court's stamp appearing at the bottom left corner of each document: "FILED USDC FLND TL." Moreover, even if a document was mailed to the wrong division, that would not interfere with it being filed in the proper case.

Plaintiff's claims are not supported by the documents attached to his objections. It is also not lost on this Court that his objections were not made under oath subject to penalties of perjury.

The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice**, pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i), for maliciousness and abuse of the judicial process." The Clerk shall also close the file.

**SO ORDERED on September 18, 2019.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**